FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

APR 11 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

John Fawley #320139
6C43 E.C.I. Institution
30420 Revells Neck RD
Westover, MD 21890-3368

(Full name, prison identification number and address of the plaintiff)

v.

Civil Action No. AW-13-1084
(Leave blank on initial filing to be filled in by Court.)

Inmate Grievance Office
115 SudBrook Lane
Suite 200
Sudbrook Station Pikesville, MD 21208-3878

(Full name and address of the defendant(s))

## COMPLAINT

**I.  Previous lawsuits**

A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐    NO ☒

B.  If you answered YES, describe that case(s) in the spaces below.

1.  Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): ______

3. Case No.: ______

4. Date filed: ______

5. Name of judge that handled the case: ______

6. Disposition (won, dismissed, still pending, on appeal): ______

______

7. Date of disposition: ______

## II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐ NO ☒

1. If you answered YES:

a. What was the result? ______

______

b. Did you appeal?

YES ☐ NO ☒

2. If you answered NO to either of the questions above, explain why: ______

______

______

III. **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

ARP's arn't Grievance Forms, Inmate Informal's arn't Grievance Forms, and 1983's arn't Grievance Forms! I wrote on all them forms and I still got no books! My Religious Book title: "Behold the Pale Horse." was took at D.O.C.. I would like Left Handed Path Book or $25.00! What good is prism? If they arn't willing to help w/ so called ARP's

IV. **Relief**
(State briefly what you want the Court to do for you.)

I was down North Carlinua. Grievance Board Run's better! Wheres my T.V. From R.C.I. Intitution? ARPS don't work!

SIGNED THIS 5th day of, April 20, 13.

_____
(original signature of plaintiff)

6#3 E.C.I. Institution
30420 Revells Neck RD
Westover, MD 21890-3368
(address of plaintiff)

1983 Complaint (Rev. 03/2011)          8